FILED
2024 Mar-21 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 1 of 3 Rev. 9/2023 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>**(Request to Waive Filing Fees)** | **Court Case Number**<br>CV 2024-4 |
|---|---|---|

IN THE CIRCUIT (Circuit or District) COURT OF Tuscaloosa (Name of County) COUNTY, ALABAMA

STYLE OF CASE: Alexander O. Crittenden (Plaintiff(s)) v. Walmart Inc., Walgreens Boots Alliance INC (Defendant(s))

☑ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

## AFFIDAVIT

1. IDENTIFICATION

Full Name Alexander O'Bryan Crittenden Date of Birth 3/23/1988
Spouse's Full Name (if married)
Complete Home Address 2143 Harwood Boulevard

Total Number of People I am Supporting Financially in Household Including Myself 0
Telephone Number (Cell) (256) 274-2241 (Home) (Other)
State & Last 4 Digits of Driver License's Number AL 8553 Last 4 Digits of Social Security Number 8553
Employer's Name & Address N/A Employer's Telephone Number

2. ASSISTANCE BENEFITS

Some of the residents in my household or I receive benefits from any of the following sources (*check those which apply*)
☐ Temporary Assistance for Needy Families (TANF) ☑ Food Stamps ☑ Medicaid
☑ Social Security Income (SSI) ☑ Disability ☐ Other:
The monthly value of these benefits combined is $______.

3. INCOME/EXPENSE STATEMENT

Monthly Gross Income:

| | |
|---|---|
| My monthly gross income is | $949 |
| My spouse's monthly gross income (unless a marital offense) is | $ – |
| My other monthly earnings (commissions, bonuses, interest income, etc.) are | $ – |
| The combined monthly income received by other members of my household is | $949 |
| Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $ – |
| Child Support Payment(s)/Alimony Received | $ – |
| Other Monthly Income (*be specific*): | $ |
| 3a. TOTAL MONTHLY GROSS INCOME | $949 |

The Monthly Expenses I pay are:

| | |
|---|---|
| Rent/Mortgage | $ 425 |
| Total Utilities: Gas, Electricity, Water, etc. | $ 100 |
| Food | $ 77 |
| Clothing | $ – |
| Health Care/Medical Insurance | $ – |
| Car Payment(s)/Transportation Expenses | $ 100 |
| Loan Payment(s) | $ – |
| Credit Card Payment(s) | $ 52 |
| Educational/Employment Expenses | $ – |
| Cell Phone Expenses | $ 100 |
| Other Expenses (*be specific*): | $ |

**3b. Subtotal** $ 954

3c. Child Support Payment(s)/Alimony (Subtotal) $ Ø

3d. Exceptional Expenses (Subtotal) $ /

**3e.TOTAL MONTHLY EXPENSES (Add totals from 3b., 3c.,& 3d. monthly only)** $ 954

**Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.)** $ (-5)

2024 JAN -8 PM 2:31
ALABAMA H. 3090 CIRCUIT COURT TUSCALOOSA COUNTY AL

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3 Rev. 9/2023 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>**(Request to Waive Filing Fees)** | **Court Case Number** |
|---|---|---|

4. Assets

My assets are as follows:

| | |
|---|---|
| Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)* | $ 0 |
| Equity in Real Estate (value of property less what you owe) | $ |
| Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less what you owe) | $ |
| Other (*be specific*): ______ | $ |
| Do you own anything else of value? ☐Yes ☑No (land, house, boat, TV, stereo, jewelry) If so, describe: ______ | $ |
| Total Assets | $ 0 |

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this

3rd day of January 2024

[illegible signature]
*(Signature of Judicial Officer*)*

Alex D. Crittden
*(Affiant's Signature)*

Alexander D. Crittenden
*(Print or Type Name)*

*If an individual who verifies this form is not a judicial officer but is a notary public, that individual must attach one of the acknowledgment pages (for an individual, an entity, or remotely) and complete and sign it and affix the individual's notary seal.

IAN MICHAEL GAINES
My Commission Expires
NOTARY PUBLIC
07-28-2025
ALABAMA STATE AT LARGE

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 3 of 3 Rev. 9/2023 | **ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP**<br>(Request to Waive Filing Fees) | Court Case Number |
|---|---|---|

IN THE CIRCUIT (Circuit or District) COURT OF Toscaloosa (Name of County or Municipality), ALABAMA

Alexander O. Crittenden v. Walmart INC; Walgreens INC

The Court has considered the Affiant's testimony, his or her poverty level as measured by the United States poverty guidelines and the potential for substantial hardship that payment by the Affiant would cause. IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ **The request is DENIED.**

☐ The Court finds that the Affiant is **NOT INDIGENT** and the Affiant's income is not within the United States poverty guidelines or the Affiant has the resources to pay for the requested items without substantial hardship: ____________.

☐ The case or situation is not one for which the request is applicable.

☐ Other (*please specify*): ____________.

☐ **The Affiant is INDIGENT**. Therefore, the prepayment of filing fees and costs is hereby waived, and these fees and costs shall be taxed at the conclusion of the case.

☐ Other *(please specify)*: ____________.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of expenses, fees, and costs.

Done this ____________ *(Date)*.

____________
*(Signature of* ____________ *(Printed Name), Judge)*

DOCUMENT 2

| State of Alabama Unified Judicial System<br><br>Form ARCiv-93 Rev.9/18 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2024 4 ___ - ___<br>Date of Filing: Month Day Year<br>Judge Code: |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF Tuscaloosa, ALABAMA
(Name of County)

Alexander O. Crittenden v. Walmart INC; Walgreens INC
Plaintiff Defendant

First Plaintiff ☐ Business ☑ Individual ☐ Government ☐ Other
First Defendant ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☑ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ____________

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

2024 JAN -8 PM 2:31
TUSCALOOSA COUNTY

**ORIGIN** (*check one*): F ☑ INITIAL FILING A ☐ APPEAL FROM DISTRICT COURT O ☐ OTHER: ____________
R ☐ REMANDED T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO

Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: ☐☐☐☐☐☐

12/29/23
Date

Alexander O. Crittenden
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☑ Yes ☐ No

DOCUMENT 2

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br>CV24-4 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
(Circuit, District, or Juvenile) (Name of County)

Alexander D. Crittenden v. Walmart INC. ~~Walgreens INC~~

[Name(s) of Plaintiff(s)] [Name(s) of Defendant(s)]

NOTICE TO: ~~SEE ATTACHMENT~~ Walmart Inc. 702 SW 8th St. Bentonville, AR 72716
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ______________________, WHOSE
[Name(s) of Attorney(s)]

ADDRESS(ES) IS/ARE: 2143 NORWOOD BLVD. Florence, AL 35630
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ________ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ______________ [Name(s)] pursuant to the Alabama Rules of Civil Procedure.

2024 JAN 8 PM 2:31
CIRCUIT COURT
TUSCALOOSA COUNTY AL

______________ (Date) ______________ (Signature of Clerk) By: ______________ (Name)

☐ Certified Mail is hereby requested. ______________ (Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______________.
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______________ (Name of Person Served) in ______________ (Name of County) County, Alabama on ______________ (Date).

______________ (Type of Process Server) ______________ (Server's Signature) ______________ (Address of Server)

______________ (Server's Printed Name) ______________ (Phone Number of Server)

DOCUMENT 2

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS<br>-CIVIL-** | Court Case Number<br>CV24.4 |
|---|---|---|

**IN THE** Circuit **COURT OF** Tuscaloosa **COUNTY, ALABAMA**
(Circuit, District, or Juvenile) (Name of County)

Alexander C. Crittenden v. Walgreens Boots Alliance Inc.

[Name(s) of Plaintiff(s)] [Name(s) of Defendant(s)]

**NOTICE TO:** Walgreen Boots Alliance Inc. 108 Wilmot Rd. Deerfield, IL 60015
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ______________________________, WHOSE
[Name(s) of Attorney(s)]

ADDRESS(ES) IS/ARE: 2143 Norwood Blvd. Florence, AL 35630
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ________ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ______________ [Name(s)] pursuant to the Alabama Rules of Civil Procedure.

______________ (Date) ______________ (Signature of Clerk) By: ______________ (Name)

☐ Certified Mail is hereby requested. ______________ (Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______________. (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______________ (Name of Person Served) in ______________ (Name of County) County, Alabama on ______________. (Date)

______________ (Type of Process Server ______________ (Server's Signature) ______________ (Address of Server)

______________ (Server's Printed Name) ______________ (Phone Number of Server)

DOCUMENT 2

**In the Circuit Court of Tuscaloosa County, Alabama**

| | | |
|---|---|---|
| Alexander O. Crittenden<br>**Plaintiff** | ) | CV- 24 - 4 |
| vs. Walmart INC.<br>Walgreens INC<br>**Defendant** | ) | |

**COMPLAINT**

SEE ATTACHMENT

2024 JAN -8 PM 2:31
MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL

Statement of Claim 12/29/23

In 2021, after verifying with my pain management clinic that I was able to go to the ER, they simply told me if I was given any medication. I was in excruciating pain and needed to go to their ER. I was prescribed pain medication. Walgreens located 3107 Lurleen Wallace Blvd refused to fill the prescription for no reason.

I then took the prescription to Neighborhood Walmart 1660 McFarland Blvd. in Northport, AL.

2024 JAN -8 PM 2:31
MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL

When I went to pick up my prescription, the pharmacist told me that the ER doctor said to destroy the prescription. When I had go to the ER by ambulance, the ER doctor told me the pharmacist from Walmart said I had multiple narcotic prescription from multiple prescribers which was a blatant lie. The next few months I had 3 surgeries. Walmart violated Federal HIPAA laws; the same pharmacist works at the Good Samaritan Clinic and seemed to have a vendetta. I am seeking $2.5 million for intentional infliction of emotional distress, disability discrimination, [illegible]

[signature]

Address of defendants:

1) Walmart INC.
702 SW 8th St.
Bentonville, Arkansas 72716

2) Walgreens Boots Alliance INC.
108 Wilmont Rd.
Deerfield, IL 60015

ELECTRONICALLY FILED
1/9/2024 8:45 AM
63-CV-2024-000004.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**

| | | |
|---|---|---|
| CRITTENDEN ALEXANDER,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2024-000004.00 |
| WALMART INC,<br>WALGREENS BOOTS ALLIANCE INC,<br>Defendants. | ) | |

**ORDER GRANTING MOTION TO WAIVE FEES**

AFFIDAVIT OF SUBSTANTIAL HARDSHIP filed by CRITTENDEN ALEXANDER is hereby GRANTED.

**DONE this 9th day of January, 2024.**

**/s/ DANIEL F PRUET**
**CIRCUIT JUDGE**

AlaFile E-Notice

63-CV-2024-000004.00

Judge: DANIEL F PRUET

To: CRITTENDEN ALEXANDER (PRO SE)
2143 NORWOOD BLVD
FLORENCE, AL, 35630-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

ALEXANDER CRITTENDEN VS WALMART INC & WALGREENS BOOT ALLIANCE INC
63-CV-2024-000004.00

A court action was entered in the above case on 1/9/2024 8:45:01 AM

ORDER

[Filer: ]

Disposition: GRANTED
Judge: DFP

Notice Date: 1/9/2024 8:45:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

DOCUMENT 4

AlaFile E-Notice

63-CV-2024-000004.00

Judge: DANIEL F PRUET

To: WALMART INC (PRO SE)
702 SW 8TH ST
BENTENVILLE, AR, 72716-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

ALEXANDER CRITTENDEN VS WALMART INC & WALGREENS BOOT ALLIANCE INC
63-CV-2024-000004.00

A court action was entered in the above case on 1/9/2024 8:45:01 AM

ORDER

[Filer: ]

Disposition: GRANTED
Judge: DFP

Notice Date: 1/9/2024 8:45:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

AlaFile E-Notice

63-CV-2024-000004.00

Judge: DANIEL F PRUET

To: WALGREENS BOOTS ALLIANCE INC (PRO SE)
108 WILMONT RD
DEERFIELD, IL, 60015-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

ALEXANDER CRITTENDEN VS WALMART INC & WALGREENS BOOT ALLIANCE INC
63-CV-2024-000004.00

A court action was entered in the above case on 1/9/2024 8:45:01 AM

ORDER

[Filer: ]

Disposition: GRANTED
Judge: DFP

Notice Date: 1/9/2024 8:45:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

FILED
2022 Aug-08 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-2024-4 [illegible]

Pro Se General Complaint for a Civil Case (Rev. 10/16)

FILED

2022 AUG -8 P [illegible] 16

U.S. DISTRICT C
N.D. OF ALAB.

# United States District Court
for the
NORTHERN DISTRICT OF ALABAMA

Alexander O. Crittenden
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

- CT Corporation Systems 2 North Jackson St. Montgomery, AL 36104;
- CSC Lawyer [illegible] Corporation 150 South Perry St Montgomery, AL 36104

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 7-22-CV-988-ACA
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☐ No

2024 JAN 29 PM 3:03
MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff

| | |
|---|---|
| Name | Alexander O Crittenden |
| Street Address | 4905 Lakehurst Drive |
| City and County | Northport, Tuscaloosa |
| State and Zip Code | Alabama, 35476 |
| Telephone Number | (205) 207-1348 |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Judge Trott CY 2024-4

Around the beginning of October 2021, after getting verification from the pain management clinic, I was in the middle of a medical emergency. My pain management doctor said it was ok for me to go to the emergency room, just let them know if they prescribed me anything. I went to DCH Northport hospital. I was seen by doctor, prescribed a few pain pills and was told to followup with pain management. I took the paper prescription to Neighborhood Walmart in Northport. For unknown reasons, the pharmacist took it upon herself and called the hospital to discuss my medical history. She lied to

the doctor about my medical history. She told the doctor that I had multiple narcotic prescriptions from multiple doctors. This is a violation of HIPA law, invasion of privacy and defamation of my character. I also strongly feel that her actions were discriminatory based on my race, sex and disability. When I called the pharmacy to see if my prescription was ready, the doctor responded the ER doctor advised her to tear up the prescription. My pain was so severe in the following weeks I had three surgeries ending in an ablation in December. This situation, I can only assume, was in retaliation of my experience with

Walgreens located across the highway from Walmart. This Walgreens have continuously used discriminatory measures against me acting as "Gods" over my medication. A particular incident was in early 2021, I was told to pick up my medication on a specific day. The day comes to get my prescription filled, the pharmacist absolutely refused to fill it. I then contacted Walgreens Corporate office to make a complaint. After the complaint was filed, the pharmacist called my doctor and said I called cursing and being overly aggressive about my medication. This is once again defaming my character as if I am a drug addict. I then called

Walgreens Corporate office to make a second complaint for retaliation. After this happened Walgreens ~~[illegible]~~ has used drastic discriminatory actions against me. This ranges from not filling my prescriptions at all regardless of insurance to seperating days to pick up my medication. For example, My psychiatrist has put in the same medications (2) on the same day since I started seeing him. For no apparent reason, Walgreens decided to seperate the days to pick each one up. Making it increasingly difficult to get around conviently. Specifically in February 2022, the specific medication I needed filled was on the 27th. When I called to get it filled The pharmacist said

30 days from January 27th isn't February 27th.
She claimed I could not get it filed for
another 2 days. This has been a long
running saga, I am claiming $1,000,000 in
damages.

8/8/22

[signature]

DOCUMENT 6

DOCUMENT 2

CM

Original

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | SUMMONS -CIVIL- | Court Case Number CV24-4 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
(Circuit, District, or Juvenile) (Name of County)

Alexander D. Crittenden v. Walmart INC ~~Walgreens INC~~
(Name(s) of Plaintiff(s)) (Name(s) of Defendant(s))

D1 Walmart Inc

NOTICE TO: ~~SEE ATTACHMENT~~ 702 SW 8th St. Bentonville, AR 72716
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ________, WHOSE
(Name(s) of Attorney(s))

ADDRESS(ES) IS/ARE: 2143 NORWOOD BLVD. Florence, AL 35630
(Address(es) of Plaintiff(s) or Attorney(s))

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ________ (Name(s)) pursuant to the Alabama Rules of Civil Procedure.

2024 JAN 8 PM 2:31

02/23/2024 Magaria H. Bobo By: LAA
(Date) (Signature of Clerk) (Name)

☑ Certified Mail is hereby requested. ________
(Plaintiff's/Attorney's Signature)

☐ Return receipt of cert[...] ________.

☐ I certify that I person[...] [...] document to ________

________ (Name[...] ________ County,

Alabama on ________

________
(Type of Process Server

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

9589 0710 5270 1320 3087 43

CV-2024-4

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | Alias Summons |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | D1 |

Sent To Walmart Inc.
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 See Reverse for Instructions

DOCUMENT 7

DOCUMENT 2

cm

Original

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | SUMMONS -CIVIL- | Court Case Number CV 24.4 |
|---|---|---|

IN THE Circuit (Circuit, District, or Juvenile) COURT OF Tuscaloosa (Name of County) COUNTY, ALABAMA

Alexander C. Cuthbertson v. Walgreens Boots Alliance Inc.

(Name(s) of Plaintiff(s)) (Name(s) of Defendant(s))

NOTICE TO: D2 Walgreens Boots Alliance Inc. 108 Wilmot Rd. Deerfield, IL 60015 (Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ______ (Name(s) of Attorney(s)), WHOSE ADDRESS(ES) IS/ARE: 2143 Norwood Blvd. Florence, AL 35630 (Address(es) of Plaintiff(s) or Attorney(s))

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ______ (Name(s)) pursuant to the Alabama Rules of Civil Procedure.

02/23/2024 (Date) Magaria H. Bobo (Signature of Clerk) By: LAA (Name)

☑ Certified Mail is hereby requested. ______ (Plaintiff's/Attorney's Signature)

☐ Return receipt of certifie

☐ I certify that I personally ... cument to ______

______ (Name of Pe ... ______ County,

Alabama on ______

______ (Type of Process Server

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com.

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

CV-2024-4

Alias Summons

D2

Sent To Walgreens Boots Alliance, Inc

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 See Reverse for Instructions

9589 0710 5270 1320 3087 36

2024 FEB -8 PM 2:31

CV-2024-4 Alias Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: D1

Walmart, Inc.
702 SW 8th Street
Bentonville, AR 72716

9590 9402 8379 3156 1492 66

2. Article Number (Transfer from service label)

9589 0710 5270 1320 3087 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Hilda Rodrigu ☐ Agent ☑ Addressee

B. Received by (Printed Name) Hilda Rodriguez

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 0 1 2024

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8379 3156 1492 66

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2024 MAR 7 AM 11:38

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

CV-2024-4 Alias Summons

AlaFile E-Notice

63-CV-2024-000004.00
Judge: DANIEL F PRUET

To: CRITTENDEN ALEXANDER (PRO SE)
2143 NORWOOD BLVD
FLORENCE, AL, 35630-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

ALEXANDER CRITTENDEN VS WALMART INC & WALGREENS BOOT ALLIANCE INC
63-CV-2024-000004.00

The following matter was served on 3/1/2024

**D001 WALMART INC**
**Corresponding To**
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov